**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 04-2043**

—————

TAWANA S. ALLEN,

Plaintiff - Appellant,

versus

FORD CREDIT,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-04-310-1)

—————

Submitted:  December 16, 2004        Decided:  December 20, 2004

—————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Tawana S. Allen, Appellant Pro Se.  Thomas Lynn Ogburn, III, Nancy Lewis Huegerich, POYNER & SPRUILL, L.L.P., Charlotte, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tawana S. Allen appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Allen v. Ford Credit</u>, No. CA-04-310-1 (M.D.N.C. Aug. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>